ISAAC B. CANFIELD, Respondent, *v.* ANDREW X. FALLON et al., as Executors of JULIA F. MANSFIELD, Deceased, et al., Respondents ; CATHARINE E. GULBRANDSEN et al., Appellants.

*Canfield* v. *Fallon*, 43 App. Div. 561, affirmed.
(Argued November 21, 1899; decided December 5, 1899.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial depart-

ment, dated October 3, 1899, overruling defendants' exceptions to a decision of the Special Term and to an interlocutory judgment entered thereon, and denying a motion for a new trial, in an action for the partition of real and personal property belonging to the estate of Isaac I. Blauvelt, deceased.

The questions certified were as follows :

*First.* Under the will of Isaac I. Blauvelt, did there vest at his death in his granddaughter, Julia Frances Archer, a remainder (in fee as to real estate and in absolute ownership as to personal property) in an undivided one-half of all the property, real and personal, left at his death by the said Isaac I. Blauvelt ; or was the vesting in her of the title to such remainder conditional upon her surviving her mother ?

*Second.* If the title to such remainder vested in his granddaughter, Julia Frances Archer, at the death of Isaac I. Blauvelt, was it divested by her death in the lifetime of her said mother, Julia Frances Mansfield ; or did it remain in her and pass from her at her death to her said mother who was her sole heir and next of kin ?

*Third.* If the title to such remainder vested in the said Julia Frances Archer at the death of Isaac I. Blauvelt, and at her death passed to her mother, Julia Frances Mansfield, as her sole heir and next of kin, did the said Julia Frances Mansfield have the power to dispose of the same by will ?

*J. Du Pratt White* for appellants.

*Thaddeus D. Kenneson* and *Ralph Wood Kenyon* for respondents.

Order affirmed, with costs, on the opinion of the Special Term, and the questions certified answered as follows : Under the will of Isaac I. Blauvelt, a remainder in fee as to the real estate, and in absolute ownership as to the personal property, in an undivided one-half of all the property, real and personal, left at his death vested in his granddaughter, Julia Frances Archer, which was not divested by her death in the lifetime of her mother, but passed to the latter as her sole heir and next of kin, who had the power to dispose of the same by will.

All concur.